MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-6753
    Email: andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     v. <br> JAIME BALAM, <br>     a/k/a "Tweety," <br>         Defendant. | CASE NO. CR 12-0625 WHA <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT COMPUTATION |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

The period from March 3, 2015 through and including April 14, 2015 may be excluded from the otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and because the case is factually complex, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), (ii).  Specifically, the parties represent that they request the continuance and stipulate to its appropriateness for the following reasons.  The defendant is charged in a pending ten-count indictment, which includes, among others, charges of racketeering conspiracy and

murder in aid of racketeering activity; the defendant made initial appearance in this on February 23, 2015 and first appeared before this Court on March 3, 2015; these appearances followed a lengthy extradition process in Mexico. The defendant is alleged to have been a member of a San Francisco-based clique of the transnational gang, *La Mara Salvatrucha* (MS-13). He is charged with offenses similar to those which resulted in multiple trials in *United States v. Ivan Cerna, et al.*, CR 08-0730 WHA. That case involved tens of thousands of pages of discovery, and the discovery process in the instant case has just commenced. Accordingly, defense counsel in this case has voluminous discovery to receive and assess before he can advise his client about the best course of action to pursue, including pretrial motions.

DATED: March 5, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

ANDREW M. SCOBLE
Assistant United States Attorney

DATED: March 5, 2015

/s/

RICHARD L. TAMOR
Attorney for Defendant Jaime Balam

## [PROPOSED] ORDER

Based upon the above Stipulation, and upon the representations of the parties at the March 3, 2015 status hearing in this case, THE COURT FINDS THAT the ends of justice served by granting a continuance from March 3, 2015 through and including April 14, 2015 outweigh the best interest of the public and the defendant in a speedy trial; that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)B)(iv); and that this case is factually complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

Accordingly, THE COURT ORDERS THAT:

The period from March 3, 2015 through and including April 14, 2015 is excluded from the

STIPULATION AND ORDER EXCLUDING TIME    2
CR 12-0625 WHA

1  otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv),
2  (ii).
3     IT IS SO ORDERED.

5  DATED: March 9, 2015.

                                 WILLIAM H. ALSUP
                                 United States District Judge