MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-6753
    Email:  andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0625 WHA |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT COMPUTATION |
| JAIME BALAM, a/k/a "Tweety," | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

The period from May 5, 2015 through and including October 13, 2015 may be excluded from the otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Specifically, the defense requests the continuance, and the parties stipulate to its appropriateness, for the following reasons. As has been previously stipulated by the parties, the defendant is charged in a pending ten-count indictment, which includes, among others, significant racketeering-related conspiracy

STIPULATION AND ORDER EXCLUDING TIME    1
CR 12-0625 WHA

and murder charges. The defendant, following a lengthy extradition process in Mexico, is in custody pending his scheduled trial on April 10, 2017. That trial will involve allegations that the defendant is, or at least was, a member of a San Francisco-based clique of the transnational gang, *La Mara Salvatrucha* (MS-13). Defense counsel's preparation for that trial entails, among other things, review of tens of thousands of pages of discovery produced by the government in *United States v. Ivan Cerna, et al*, CR 08-0730 WHA; the record of the trial in *United States v. Danilo Velasquez and Luis Herrera*, CR 08-0730 WHA; and further discovery bearing specifically on the defendant.

The parties appeared before the Court on May 5, 2015 for a further status hearing. The defendant was represented by Richard A. Tamor and assisted by sworn Spanish interpreter Melinda Basker. The government was represented by Assistant U.S. Attorney Andrew M. Scoble. At the hearing, the parties stated that they had reviewed, and had no objections to, the Tentative Scheduling order (Dkt #21) issued by the Court on April 21, 2015. The Court again conducted a *voir dire* of the defendant to explain his rights under the Speedy Trial Act, including the right to a speedy trial with appointed counsel. The Court explained to the defendant that it has allowed him a lengthier than usual amount of time prior to the scheduled trial, based on his counsel's represented need for that amount of time. The Court pointed out that, under the current schedule, the defendant will remain in custody until completion of his trial, which is not scheduled to begin until April 10, 2017. The Court further explained that it can, if the defendant wishes, appoint different counsel for him, at public expense, so that he can go to trial well before April 10, 2017. The defendant again confirmed his request to have Mr. Tamor represent him in this case, and the defendant in open court waived his right to a speedy trial.

The Court put the case over to October 13, 2015 at 2:00 p.m. for further status, as well as for further inquiry regarding the defendant's continued waiver of time under the Speedy Trial Act. The parties stipulated to an exclusion of time, until that date, from the otherwise applicable Speedy Trial Act computation, based on the need for effective preparation of counsel.

//
//
//
//

STIPULATION AND ORDER EXCLUDING TIME    2
CR 12-0625 WHA

The parties therefore agree that the Court may enter the proposed Order set forth below.

DATED: May 6, 2015                                Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney


                                                         /S/
                                                  ANDREW M. SCOBLE
                                                  Assistant United States Attorney


DATED: May 6, 2015                                       /S/
                                                  RICHARD A. TAMOR
                                                  Attorney for Defendant Jaime Balam

## [~~PROPOSED~~] ORDER

Based upon the above Stipulation, and upon the representations of the parties at the May 5, 2015 status hearing in this case, THE COURT FINDS THAT the ends of justice served by granting a continuance from May 5, 2015 through and including October 13, 2015 outweigh the best interest of the public and the defendant in a speedy trial; that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)B)(iv).

Accordingly, THE COURT ORDERS THAT:

The period from May 5, 2015 through and including October 13, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: May 13, 2015                               _____
                                                  WILLIAM H. ALSUP
                                                  United States District Judge